# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:23-20071 |
| ) | |
| EDWARD ALLEN and ) | |
| DEANDRE RODGERS, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For administrative purposes, the Court extends the term of service of the jurors who served in this matter, including alternate jurors, until February 12, 2027.

**IT IS SO ORDERED**, this 12th day of February, 2026.

                                                   s/ Sheryl H. Lipman
                                                   SHERYL H. LIPMAN
                                                   CHIEF UNITED STATES DISTRICT JUDGE